UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
ELVIA PEREZ-VICTORIO, et al.,                        :

              Plaintiffs,          :   ORDER

   -v.-                                                           :   19 Civ. 421 (CM) (GWG)

CITY OF NEW YORK, et al.,                             :

              Defendants.          :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

     The settlement conference scheduled for Wednesday April 8, 2020, at 2:30 pm. is changed to a <u>telephone</u> conference. The parties are directed to arrange for a conference call (preferably toll free) that all parties and the Court may dial into. The parties shall provide the dial-in number to the court by means of an email sent to gorensteinsettlement@nysd.uscourts.gov in advance of the conference.

     The submissions required by Docket # 26 remain due on April 2, 2020.

     SO ORDERED.

Dated: March 17, 2020
       New York, New York

                                                                     /s/
                                           GABRIEL W. GORENSTEIN
                                           United States Magistrate Judge